UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JULES NGAMBO,

                Plaintiff,                23-cv-963 (AEK)

  -against-                                 **ORDER**

SOCIAL SECURITY ADMINISTRATION,

                Defendant.
------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In accordance with the Court's Decision and Order issued on November 30, 2023, ECF No. 16, *pro se* Plaintiff Jules Ngambo filed his amended complaint on January 3, 2024, ECF No. 17.  Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, the Government's response to the amended pleading was due on January 17, 2024, but no response was filed.  The Court hereby *sua sponte* extends until January 26, 2024 the Government's deadline to answer or otherwise respond to the amended complaint, or to seek a further extension of time in which to do so.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: January 22, 2024
       White Plains, New York

                                                  **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge