UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JULES NGAMBO,

                Plaintiff,                            23-cv-963 (AEK)

  -against-                                            **ORDER**

SOCIAL SECURITY ADMINISTRATION,

                Defendant.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On July 5, 2024, *pro se* Plaintiff Jules Ngambo filed a motion for summary judgment. ECF Nos. 24-26.  The Court is currently considering the Defendant's motion to dismiss the complaint, which was filed on January 26, 2024, and which Plaintiff opposed on February 5, 2024.  *See* ECF Nos. 19-22.  In light of the pending motion to dismiss, Plaintiff's newly-filed motion for summary judgment is not a proper filing, and accordingly, the motion for summary judgment is hereby DENIED.  Defendant need not file a response to the motion for summary judgment.  The Court will decide the pending motion to dismiss in due course.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff, and to terminate the motion at ECF No. 24.

Dated: July 11, 2024
       White Plains, New York

                                                                        **SO ORDERED**.

                                                            ANDREW E. KRAUSE
                                                            United States Magistrate Judge